<pre>
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
                        www.flmb.uscourts.gov
</pre>

CASE NO.: 3:24-bk-02058-JAB
Chapter 13

In re: )
)
SEPHANIE A. RONE, )
    Debtor. )
_____)

## NOTIC OF HEARING

NOTICE IS GIVEN THAT:

1. The Honorable [Insert Judge] will conduct a Preliminary Hearing in this case on September 10, 2024 at 2:30 pm in Jacksonville, FL - Courtroom 4C, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street on the following matter:

**Emergency Motion to Vacate Order of Dismissal (Doc. No. 22)**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/brown.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2024 a true and correct copy of the foregoing Notice was served via U.S. First Class Mail or electronic transmission to: Reka Beane reka.beane@mccalla.com, mccallaecf@ecf.courtdrive.com Can Gu; ner cguner@raslg.com, cguner@raslg.com; Matthew B Klein Matthew@HowardLaw.com, alberte@howardlaw.com; Douglas W Neway court@ch13jaxfl.com, courtdailysummary@ch13jaxfl.com; mbrown@ch13jaxfl.com; filings@ch13jaxfl.com; United States Trustee -JAX13/7 USTP.Region21.OR.ECF@usdoj.gov; GiselleVelez gvelez@raslg.com

                                          **/s/ Lateshia Frye**
                                          LATESHIA FRYE, ESQ.
                                          FL Bar # 103300
                                          LH Frye Law
                                          11028 NW 8th Ct
                                          Plantation, Florida 33324
                                          Tel: (786) 801-9455/
                                          Fax: (954) 206-6714
                                          Attorney for Debtor
                                          Email:EsquireFrye@LHF-Law.org