

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/10/2024 02:30 PM

COURTROOM 4C, 4th Floor

**HONORABLE JACOB BROWN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **3:24-bk-02058-JAB** | **13** | **07/18/2024** |

**Chapter 13**

**DEBTOR:** Stephanie Rone

**DEBTOR ATTY:** Lateshia Frye

**TRUSTEE:** Douglas Neway

**HEARING:**

Preliminary Hearing on Emergency Motion to Vacate Order of Dismissal Filed by Lateshia Frye on behalf of Debtor Stephanie Alicia Rone Doc 22
-Notice of Filing in Opposition to Motion to Set Aside Dismissal Filed by Matthew B Klein on behalf of Creditor ETC CUSTODIAN FBO VINCENIO DAWKINS SR IRA Doc 25
-Order Dismissing Case for Failure to Cure case opening deficiencies (failure to upload creditors) Doc 19
-Notice of Deficient Filing (Creditors not uploaded) Doc 6
Note:
The creditors have been uploaded; however, no Certificate of Service of the Notice of Commencment to the uploaded creditors has been filed.

**APPEARANCES:**: Lateshia Frye: Debtor; Angela Scott: Trustee; Matthew Klein: ETC Custodian FBO Vincenio Dawkins Sr IRA

**WITNESSES:**

**EVIDENCE:**

**RULING:** Set one hour Trial October 23, 2024 @ 2:00 p.m. Order Chambers
Preliminary Hearing on Emergency Motion to Vacate Order of Dismissal Filed by Lateshia Frye on behalf of Debtor Stephanie Alicia Rone Doc 22

-Notice of Filing in Opposition to Motion to Set Aside Dismissal Filed by Matthew B Klein on behalf of Creditor ETC Custodian FBO Vincenio Dawkins Sr IRA Doc 25

-Order Dismissing Case for Failure to Cure case opening deficiencies (failure to upload creditors) Doc 19

-Notice of Deficient Filing (Creditors not uploaded) Doc 6

Note:

The creditors have been uploaded; however, no Certificate of Service of the Notice of Commencment to the uploaded creditors has been filed.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.