ORDERED.

**Dated: September 13, 2024**

*Jacob A. Brown*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  Case No.
 3:24−bk−02058−JAB
 Chapter 13

Stephanie Alicia Rone,

_____Debtor_____/

### ORDER SCHEDULING TRIAL

The Court will conduct a trial on the Emergency Motion to Vacate Order of Dismissal (Doc. No. 22) filed by the Debtor, on October 23, 2024, at 2:00 p.m., in Courtroom 4C, 4th floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202. The estimated duration of the trial is one hour Accordingly, it is

**ORDERED:**

1. *Witness List.* The parties must exchange names and addresses of witnesses within 14 days of the date of entry of this Order.

2. *Joint Stipulation of Undisputed Facts.* The parties must meet in person or by video to prepare a joint stipulation of undisputed facts and exhibits that may be admitted into evidence without objection. The stipulation must be filed no later than seven days before the date set for trial.

3. *Exhibits.* Parties must comply with all requirements of Local Rules 7001−1 and 9070−1 concerning exhibits. Parties must exchange exhibits no later than seven days before the date set for trial.

(a) *Objections to Authenticity.* Unless written objection to authenticity is filed with the Court and served by email no later than the close of business on the second business day before trial, copies of exhibits will be admitted in lieu of the originals.

    (b)    ***Self−Authentication.*** If a party intends to rely upon the self−authentication procedures of Fed. R. Evid. 902(11) or (12) with respect to the introduction into evidence of records of regularly conducted activities pursuant to Fed. R. Evid. 803(6), the party must file with the Court and serve on other parties the written declaration required by Fed. R. Evid.
902(11) or (12) and a copy of all records sought to be admitted at least 28 days before trial.

4. ***Discovery Cutoff.*** Parties must complete discovery no later than seven days before the trial date except that parties may complete previously scheduled depositions up to the trial date.

5. ***Discovery Disputes.*** The parties must first confer in good faith to resolve any discovery disputes. If unsuccessful, any party may request a telephone conference with the Court so that the Court may render an informal, preliminary ruling on the discovery dispute, without prejudice to the right of any party to file a formal motion.

6. ***Meet and Confer Requirement.*** Counsel for all parties must confer within seven days prior to the trial and seek in good faith to settle the case.

7. ***Pre−Trial Briefs and Associated Deadlines.*** No later than fourteen days prior to trial, parties shall file pre−trial briefs that identify key positions, material facts and legal authority relied upon to support their respective positions.

8. ***Appearance at Trial in Person.*** Unless excused by Order of the Court upon a motion showing good cause filed within fourteen days of the date of entry of this Order, all parties, including the Debtor, witnesses, creditor representatives, and their respective counsel, shall appear in person for this Trial.

<u>Avoid delays at Courthouse security checkpoints.</u> You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073−1 of this Court's Local Rules.

Lateshia Frye is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.